UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT ALLEN,<br><br>         Plaintiff,<br><br>-against-<br><br>ANTWAN PATTON (BIG BOI); ANTONIO RIED (HITCO ENTERTAINMENT); SUNDAR PICHAI (GOOGLE),<br><br>         Defendants. | 21-CV-3459 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 3, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service of notifications and documents in this action. (ECF 6.)

SO ORDERED.

Dated: June 3, 2021
    New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge